# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CHARLY HODGE,

                Plaintiff,

    vs.

UNITED PARCEL SERVICE, INC.; and
DOES 1 through 50, inclusive,

                Defendants.

Case No. 2:25−CV−01876−TLN−SCR

**ORDER CONTINUING ALL PRETRIAL DEADLINES**

Judge: Honorable Troy L. Nunley

Action Filed:    June 2, 2025, in Superior Court for the State of California for the County of Nevada

Action Removed: July 2, 2025
Trial:        Not Yet Set

ORDER CONTINUING ALL PRETRIAL DEADLINES

## ORDER

Having considered the Parties' Stipulation to Continue All Pretrial Deadlines, and upon good cause shown, the Court hereby GRANTS the stipulation, amending the July 3, 2025 Initial Pretrial Scheduling Order (Dkt. 4), and setting forth the below new schedule of discovery and pretrial dates:

| Event | Court's July 3, 2025 Order | New Date |
|---|---|---|
| Last Day to Complete Discovery | July 02, 2026 | **March 15, 2027** |
| Last Day to File List of Designated Expert Witnesses | August 31, 2026 | May 14, 2027 |
| Last Day to File Supplemental Discovery | September 30, 2026 | June 14, 2027 |
| Last Day to File Dispositive Motions | December 29, 2026 | September 28, 2027 |
| Last Day to File Joint Notice of Trial Readiness | January 28, 2027 | **October 28, 2027, or 30 days after receiving the Court's ruling on the last filed dispositive motion** |

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: April 13, 2026

_____
Troy L. Nunley
Chief United States District Judge

ORDER CONTINUING ALL PRETRIAL DEADLINES